| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2004 | FOR CALENDAR YEAR 2004 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name. First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jordan, Kent A | U.S. District Court - Delaware | 5/13/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Active | ● Nomination, Date  ● Initial ● Annual ● Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 844 King Street Lock Box 10 Wilmington, DE 19801 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| I. Vice President | Richard S. Rodney Inn of Court |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

May 10 10 11 AM '05

RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 5/13/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE · (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE · (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE · (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | PricewaterhouseCoopers LLP | Scottsdale, AZ , 2/19-21/04, annual seminar (transportation, meals and lodging) |
| 2. | Practicing Law Institute | New York, NY, 7/704, Markman Seminar (transportation) |
| 3. | American Law Institute-American Bar Assn. | Chicago, IL, 9/29-10/1/04 Trial of a Patent Case Seminar (transportation, lodging and meals) |
| 4. | J. Ruben Clark Society | Atlanta, GA, 11/5-6/04, Key Note Speaker (transportation) |
| 5. | University of Texas | San Jose, CA, 12/1-2/04, Advance Patent Law Institute (transportation, lodging and meals) |
| 6. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Calvert Social Investment Equity A (401-k) | | | | | sold | 3/10 | K | | |
| 2. Munder Index 500 (401-k) | | | | | sold | 3/10 | K | | |
| 3. Vanguard Small Cap Growth Index (401-k) | | | | | sold | 1/19 | J | | |
| 4. Vanguard Mid Cap Index Fund (401-k) | | | | | sold | 1/19 | J | | |
| 5. Vanguard Growth Index Fund (401-k) | | | | | sold | 1/19 | J | | |
| 6. Total International Stock Index (401-k) | | | | | sold | 1/19 | J | | |
| 7. Vanguard Windsor Fund (401-k) | | | | | sold | 1/19 | J | | |
| 8. Vanguard 500 Index (401-k) | | | | | sold | 1/19 | J | | |
| 9. Vanguard Retirement Savings Trust | | | | | sold | 1/19 | J | | |
| 10. Vanguard International Growth Fund (401-k) | | | | | sold | 1/19 | J | | |
| 11. Vanguard Wellington Balanced (401-k) | | | | | sold | 1/19 | J | | |
| 12. Brokerage Account #1 | A | Dividend | | | buy | 1/21 | L | | |
| 13. Profunds Mid-Cap | A | Dividend | K | T | partial sale | 5/4 | K | T | |
| 14. Gabelli Asset Fund | | None | J | T | sold | 3/15 | J | | |
| 15. Profunds Small-Cap Value | A | Dividend | K | T | | | | | |
| 16. Potomac Dynamic High Yield | A | Dividend | K | T | sold | 12/10 | K | | |
| 17. Profunds Smallcap | | None | K | T | sold | 8/9 | K | T | |
| 18. Rydex Nova Investors Trust | | None | K | T | | | | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period<br>(1)<br>Amount Code 1<br>(A -H) | B.<br><br>(2)<br>Type (e.g. div. rent. or int.) | C.<br>Gross value at end of reporting period<br>(1)<br>Value Code 2<br>(J-P) | C.<br><br>(2)<br>Value Method Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure<br>(2)<br>Date: Month - Day | D.<br>(3)<br>Value Code 2<br>J-P) | D.<br>(4)<br>Gain Code 1<br>(A-H) | D.<br>(5)<br>Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 20. Brokerage Account #2 | A | Dividend | K | T | buy | 3/10 | | | |
| 21. Profunds Small-Cap Value | A | Dividend | J | T | | | | | |
| 22. Profunds Mid-Cap | A | Dividend | J | T | | | | | |
| 23. Potomac Dynamic High Yield | A | Dividend | J | T | sold | 12/10 | J | T | |
| 24. Rydex Nova Investors Trust | | None | J | T | | | | | |
| 25. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 26. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 27. ING Direct (CD) | A | Interest | J | T | | | | | |
| 28. ING Direct (Money Market Accts) | A | Interest | J | T | | | | | |
| 29. Millbrook Capital Partners LLC | A | Interest | J | T | | | | | |
| 30. Millbrook Capital Partners LLC | A | Distribution | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 5/13/2003 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date **5/13/05**

NOTE: A ... FIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJ... 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

September 1, 2005

RECEIVED 2005 SEP -6 A 11: 21 FINANCIAL DISCLOSURE OFFICE

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Re:    Calendar Year 2004 Filing

Dear Committee Members:

In accordance with the August 19, 2005 letter from Judge Lisi to me, enclosed is an original and three (3) copies of my revised 2004 Financial Disclosure Report.

If you have any questions, or require any further information, please let me know.

Very truly yours,



Kent A. Jordan

KAJ:cas
Enclosures

# REVISED
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| AO-10 Rev. 1/2004 | | |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jordan, Kent A | U.S. District Court - Delaware | 9/1/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Active | ○ Nomination, Date<br>○ Initial ◉ Annual ● Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 844 King Street Lock Box 10 Wilmington, DE 19801 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice President | Richard S. Rodney Inn of Court |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☒ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE
2005 SEP -6 A 11: 2
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | PricewaterhouseCoopers LLP | Scottsdale, AZ , 2/19-21/04, annual seminar (transportation, meals and lodging) |
| 2. | Practicing Law Institute | New York, NY, 7/7/04, Markman Seminar (transportation) |
| 3. | American Law Institute-American Bar Assn. | Chicago, IL, 9/29-10/1/04 Trial of a Patent Case Seminar (transportation, lodging and meals) |
| 4. | J. Ruben Clark Society | Atlanta, GA, 11/5-6/04, Key Note Speaker (transportation) |
| 5. | University of Texas | San Jose, CA, 12/1-2/04, Advance Patent Law Institute (transportation, lodging and meals) |
| 6. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions )

■ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 9/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Calvert Social Investment Equity A (401-k) | | None | | | sold | 3/10 | K | | |
| 2. Munder Index 500 (401-k) | | None | | | sold | 3/10 | K | | |
| 3. Vanguard Small Cap Growth Index (401-k) | | None | | | sold | 1/19 | J | | |
| 4. Vanguard Mid Cap Index Fund (401-k) | | None | | | sold | 1/19 | J | | |
| 5. Vanguard Growth Index Fund (401-k) | | None | | | sold | 1/19 | J | | |
| 6. Total International Stock Index (401-k) | | None | | | sold | 1/19 | J | | |
| 7. Vanguard Windsor Fund (401-k) | | None | | | sold | 1/19 | J | | |
| 8. Vanguard 500 Index (401-k) | | None | | | sold | 1/19 | J | | |
| 9. Vanguard Retirement Savings Trust | A | Interest | | | sold | 1/19 | J | | |
| 10. Vanguard International Growth Fund (401-k) | | None | | | sold | 1/19 | J | | |
| 11. Vanguard Wellington Balanced (401-k) | | None | | | sold | 1/19 | J | | |
| 12. Brokerage Account #1 | | | | | | | | | |
| 13. Profunds Mid-Cap | A | Dividend | K | T | buy | 2/19 | K | | |
| 14. | | | | | sale | 5/4 | K | | |
| 15. | | | | | buy | 4/5 | K | | |
| 16. | | | | | partial sale | 5/4 | J | | |
| 17. | | | | | buy | 6/8 | K | | |
| 18. | | | | | buy | 12/2 | J | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 9/1/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Gabelli Asset Fund | | None | J | T | buy | 2/11 | J | | |
| 20. | | | | | sold | 3/16 | J | | |
| 21. Profunds Small-Cap Value | A | Dividend | K | T | buy | 10/28 | K | | |
| 22. | | | | | buy | 11/1 | K | | |
| 23. | | | | | buy | 9/9 | K | | |
| 24. | | | | | sold | 12/10 | K | A | |
| 25. | | | | | buy | 10/14 | J | | |
| 26. | | | | | sale | 12/10 | J | A | |
| 27. Profund Smallcap | | None | K | T | buy | 3/9 | K | | |
| 28. | | | | | partial sale | 5/7 | J | | |
| 29. | | | | | sold | 8/9 | J | | |
| 30. Rydex Nova Investors Trust | | None | K | T | buy | 11/4 | K | | |
| 31. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 32. Brokerage Account #2 | | | | | | | | | |
| 33. Profunds Small-Cap Value | A | Dividend | J | T | buy | 10/29 | | | |
| 34. Profunds Mid-Cap | A | Dividend | J | T | buy | 4/5 | J | | |
| 35. | | | | | buy | 6/8 | J | | |
| 36. Potomac Dynamic High Yield | A | Dividend | J | T | buy | 9/10 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 9/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | It not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | sold | 12/10 | J | | |
| 38. | | | | | buy | 10/14 | J | | |
| 39. | | | | | sold | 12/10 | J | | |
| 40. Rydex Nova Investors Trust | | None | J | T | buy | 11/5 | J | | |
| 41. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 42. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 43. ING Direct (CD) | A | Interest | J | T | | | | | |
| 44. ING Direct (Money Market Accts) | A | Interest | J | T | | | | | |
| 45. Millbrook Capital Partners LLC | A | Int/Dist | J | T | buy | 7/23 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date ___9/1/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND _____ IFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544